1
2
3
4                    UNITED STATES DISTRICT COURT
5                FOR THE NORTHERN DISTRICT OF CALIFORNIA
6                            OAKLAND DIVISION
7
8  | PRESTON VINES,              | Case No: C 10-1329 SBA
9  |        Plaintiff,           | **ORDER OF DISMISSAL**
10 |   vs.                       |
11 | LINDA SPECHT, et al.,        |
12 |        Defendants.          |
13
14     The Court has read and considered the Order of Magistrate Judge James Larson (Docket 4),
15 and adopts its reasoning and recommendation to deny Plaintiff's application to proceed in forma
16 pauperis and to dismiss the action under 28 U.S.C. § 1915(e)(2).  Accordingly,
17     IT IS HEREBY ORDERED THAT Plaintiff's application to proceed in forma pauperis is
18 DENIED and the instant action is DISMISSED.  The Clerk shall close the file and terminate any
19 pending matters.
20     IT IS SO ORDERED.
21
22 Dated: April 7, 2010                          _____
                                                SAUNDRA BROWN ARMSTRONG
23                                              United States District Judge
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VINES et al,

        Plaintiff,

  v.

SPECHT et al,

        Defendant.
_____/

Case Number: CV10-01329 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Preston Vines
172 Ronda Drive
Fairfield, CA 94533

Dated: 4/8/10April 8, 2010
                                  Richard W. Wieking, Clerk

                                        By: LISA R CLARK, Deputy Clerk